UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/21
```

Jacqueline Schmidt,

        Plaintiff,

–v–

Ollie Holdings, LLC,

        Defendant.

21-cv-3533 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 20, 2021, Plaintiff attempted to file a proposed clerk's certificate of default. Dkt. No. 11. The filing was deemed deficient the same day. Plaintiff is hereby ORDERED to file a revised proposed clerk's certificate of default on or before October 20, 2021.

    SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge