UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jacqueline Schmidt

                                Plaintiff(s),

                                                                                                      1:21   Civ.   03533   (AJN)

                    - against -

                                                                                                  CLERK'S CERTIFICATE
                                                                                                      OF DEFAULT

Ollie Holdings, LLC

                              Defendant(s),
------------------------------------------------------------X

        I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 04/21/2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Ollie Holdings, LLC by personall Lynanne Gores, and proof of service was therefore filed on 05/19/2021, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      _____, 20___                                            RUBY J. KRAJICK
                                                                                              Clerk of Court

                                                                              By: _____
                                                                                      Deputy Clerk