IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE SCHMIDT | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:21-cv-03533-AJN<br>) |
| OLLIE HOLDINGS, LLC | )<br>)<br>) |
| Defendants. | ) |

PLAINTIFF'S COUNSEL'S AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY
OF RULE 55(a) DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully asks the Clerk to enter a default for failure to answer against the following Defendant who was ordered to respond within 21 days from May 6, 2021, but has failed to do so. I certify that Defendant is not a minor, incompetent or in the military. The party has failed to plead or otherwise answer the Complaint. The Complaint, to which no response has been made, has been properly served. The Defendant is:

OLLIE HOLDINGS, LLC


Date: June 24, 2021

Respectfully submitted,

 /s/ Farva Jafri
Farva Jafri
farva@jafrilawfirm.com
JAFRI LAW FIRM
50 Evergreen Row
Armonk, New York 10504
Tel: (800) 593-7491
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I, Farva Jafri, an attorney admitted to practice before this Court, delivered this request for entry of default via ECF to all parties of record.

/s/ Farva Jafri_____