UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacqueline Schmidt,

            Plaintiff,

   –v–

Ollie Holdings, LLC,

            Defendant.

21-cv-3533 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that Defendant has failed to appear and the certificate of default obtained by the Plaintiff, Plaintiff shall move for default judgment on or before December 9, 2021.

    SO ORDERED.

Dated: November 18, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge