```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JACQUELINE SCHMIDT,                     :   21cv3533 (DLC)
                                        :
                    Plaintiff,          :   ORDER
                                        :
          -v-                           :
                                        :
OLLIE HOLDINGS, LLCS,                   :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On December 22, 2021 the above captioned case was referred to Magistrate Judge Stewart D. Aaron for general pretrial and dispositive motion purposes. Accordingly, it is hereby

ORDERED that the general pretrial and dispositive motion referral is vacated.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                              _____
                                    DENISE COTE
                              United States District Judge