```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    21cv3533 (DLC)
JACQUELINE SCHMIDT,                   :
                                      :         ORDER
                       Plaintiff,     :
                                      :
          -v-                         :
                                      :
OLLIE HOLDINGS, LLCS,                 :
                                      :
                       Defendant.     :
------------------------------------- X
```

DENISE COTE, District Judge:

On April 21, 2021, the plaintiff filed the above captioned action in this Court. On December 9, the plaintiff filed a motion for default judgment against the defendant. In an Order of April 4, 2022, Judge Alison Nathan adopted the Report & Recommendation of Magistrate Judge Stewart D. Aaron, denied the plaintiff's motion for default judgment against the defendant, and dismissed the Complaint without prejudice for failure to adequately plead subject matter jurisdiction. The April 4 Order granted plaintiff leave to file an amended complaint by May 4 and advised that failure to do so would result in dismissal of the Complaint with prejudice. No amended complaint was filed on that date. The case was reassigned to this Court on April 10. The plaintiff has not communicated with the Court for any reason since January 7, 2022. Accordingly, it is hereby

ORDERED that this action is dismissed with prejudice for the reasons stated in the April 4 Order. The Clerk of Court shall close the case.

Dated:   New York, New York
         May 10, 2022

                                           _____
                                              DENISE COTE
                                    United States District Judge